IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARELL M. JOHNSON,** | Case No. C 09-4265 MHP (pr) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **J. W. HAVILAND, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including September 2, 2010.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated:  __7/29/2010_____       _____
The Honorable Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel

1

[Proposed] Order (C 09-4265 MHP (pr))