UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARELL M. JOHNSON, | No. C 09-4265 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J.W. HAVILAND, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED.

DATED: March 8, 2011

Marilyn Hall Patel
United States District Judge